**Waldo FENNER, Plaintiff–Appellant,**

v.

**JOHN UMSTEAD HOSPITAL; Susan Regier, Defendants–Appellees.**

**No. 13–1413.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 29, 2013.

Waldo Fenner, Appellant, pro se. Adam M. Shestak, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waldo Fenner seeks to appeal the district court's order accepting the recommendation of the magistrate judge and granting in part and denying in part the Defendants' motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Fenner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*